

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJD AL-SHARA,

    Plaintiff,

v.

Case No. 11-cv-14954

Paul D. Borman
United States District Judge

BLITZ, USA, INC.; LAM 2011
HOLDINGS, LLC; f/k/a BLITZ
HOLDINGS, LLC; KINDERHOOK
INDUSTRIES, LLC; KINDERHOOK
CAPITAL FUND II, LP; BLITZ
ACQUISITION HOLDINGS, INC.;
BLITZ ACQUISITION, LLC;
BLITZ RE HOLDINGS, LLC;
F3 BRANDS, LLC;
WAL-MART STORES, INC, and
WAL-MART STORES EAST, LP;

    Defendants.
_____/



NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on November 9, 2011, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC (collectively, the "Debtors") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, et seq. (the "Bankruptcy Code"). The Debtors' chapter 11 cases are now pending before The Honorable Peter J. Walsh, United States Bankruptcy Judge, and are being jointly administered for

procedural purposes only under the caption *In re Blitz U.S.A., Inc., et al.*, Chapter 11 Case No. 11-13603 (PJW).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…" are stayed. 11 U.S.C. §§ 362(a)(1) & (6).

RLF1 5618572v. 1

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Marcos A. Ramos, Esq. and Robert C. Maddox, Esq.).

Dated: November 22, 2011
Wilmington, Delaware

/s/ _____
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for the Debtors*

RLF1 5618572v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2011, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

**By First Class Mail:**

Ramona C. Howard
McKeen Assoc.
645 Griswold, Suite 4200
Detroit, MI 48226

Robert C. Maddox (No. 5356)

RLF1 5618572v. 1