IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAJD AL-SHARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-cv-14954 |
| v. ) | |
| ) | RESPONSE TO ORDER TO |
| BLITZ U.S.A., INC.; LAM 2011 ) | SHOW CAUSE |
| HOLDINGS, LLC, f/k/a BLITZ ) | |
| HOLDINGS, LLC; KINDERHOOK ) | |
| INDUSTRIES, LLC; KINDERHOOK ) | |
| CAPITAL FUND II, L.P.; BLITZ ) | |
| ACQUISITION HOLDINGS, INC.; ) | |
| BLITZ ACQUISITION, LLC; ) | |
| BLITZ RE HOLDINGS, LLC; ) | |
| F3 BRANDS, LLC; ) | |
| WAL-MART STORES, INC.; and ) | |
| WAL-MART STORES EAST, L.P. ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to 28 USC § 1332 the Federal district Court has original jurisdiction over civil actions arising between citizens of a State and citizens or subjects of a foreign state. 28 USC § 1332(a)(2). Diversity of citizenship is determined by examining the citizenship of the parties at the time the action is commenced by filing the complaint. Corporations are deemed to be citizens of both their state of incorporation and the state where the corporation has its principal place of business. 28 USC § 1332(c)(1).

Given these parameters, diversity of Citizenship does exist in the case at bar. As set forth more specifically in Plaintiff's complaint each of the Corporate Defendants are domestic corporations and therefore, are considered citizens of a state within the United States. Plaintiff Majd Al-Shara, at all times relevant hereto, resided in Michigan, but was a citizen of the Country

of Jordan. Thus, diversity exists in this matter pursuant to 28 USC § 1332, and this Court has proper subject matter jurisdiction over this matter.

## CERTIFICATE OF SERVICE

This acknowledges that the above-entitled document was E-filed with the Court

/s/ RAMONA C. HOWARD
MCKEEN & ASSOCIATES, P.C.
645 Griswold Street, Suite 4200
Detroit, Michigan 48226
(313) 961-4400
rchoward@mckeenassociates.com
P48996

DATED: December 5, 2011