IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAJD AL-SHARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-cv-14954 |
| v. | ) |
| | ) SUPPLEMENTAL RESPONSE TO BLITZ |
| U.S.A., INC.; LAM 2011 | ) ORDER TO SHOW CAUSE |
| HOLDINGS, LLC, f/k/a BLITZ | ) |
| HOLDINGS, LLC; KINDERHOOK | ) |
| INDUSTRIES, LLC; KINDERHOOK | ) |
| CAPITAL FUND II, L.P.; BLITZ | ) |
| ACQUISITION HOLDINGS, INC.; | ) |
| BLITZ ACQUISITION, LLC; | ) |
| BLITZ RE HOLDINGS, LLC; | ) |
| F3 BRANDS, LLC; | ) |
| WAL-MART STORES, INC.; and | ) |
| WAL-MART STORES EAST, L.P. | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to 28 USC § 1332 the Federal district Court has original jurisdiction over civil actions arising between citizens of a State and citizens or subjects of a foreign state. 28 USC § 1332(a)(2).  Diversity of citizenship is determined by examining the citizenship of the parties at the time the action is commenced by filing the complaint.  Corporations are deemed to be citizens of both their state of incorporation and the state where the corporation has its principal place of business. 28 USC § 1332(c)(1).

Given these parameters, diversity of Citizenship does exist in the case at bar. As set forth more specifically in Plaintiff's complaint each of the Corporate Defendants are domestic corporations and therefore, are considered citizens of a state within the United States.   WSE

Investment, LLC is the 99 percent owner and limited partner of Wal-Mart Store East, LP. WSE Management LLC is the 1 percent owner and general partner of Wal-Mart Stores East LP. Wal-Mart Stores East, Inc. is the sole member of both WSE Investmnet, LLC and WSE Management, LLC. All of these entities are incorporated in Delaware. Plaintiff Majd Al-Shara, at all times relevant hereto, resided in Michigan, but was a citizen of the Country of Jordan. Thus, diversity exists in this matter pursuant to 28 USC § 1332, and this Court has proper subject matter jurisdiction over this matter.

## CERTIFICATE OF SERVICE

This acknowledges that the above-entitled document was E-filed with the Court

/s/ RAMONA C. HOWARD
MCKEEN & ASSOCIATES, P.C.
645 Griswold Street, Suite 4200
Detroit, Michigan 48226
(313) 961-4400
rchoward@mckeenassociates.com
P48996

DATED: December 6, 2011