UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJD AL-SHARA,

    Plaintiff,

vs.

BLITZ U.S.A., INC.; LAM 2011
HOLDINGS, LLC, f/k/a BLITZ
HOLDINGS, LLC; KINDERHOOK
CAPITAL FUND II, L.P.; BLITZ
ACQUISITION HOLDINGS, INC.;
BLITZ ACQUISITION, LLC;
BLITZ RE HOLDINGS, LLC;
F3 BRANDS, LLC;
WAL-MART STORES, INC.; and
WAL-MART STORES EAST, L.P.,

    Defendants.

Case No. 2:11-cv-14954

HON. PAUL D. BORMAN

MAGISTRATE PAUL J. KOMIVES

---

## NOTICE OF APPEARANCE

PLEASE ENTER the Appearance of Zausmer, Kaufman, August, Caldwell & Tayler, P.C. as counsel on behalf of the Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., in the above-referenced matter.

Respectfully submitted,

ZAUSMER, KAUFMAN, AUGUST,
CALDWELL & TAYLER, P.C.

BY:     /S/ Nicole M. Wright
NICOLE M. WRIGHT (P63513)
Attorneys for Defendants Wal-Mart
31700 Middlebelt Road, Suite 150
Farmington Hills, Michigan 48334
(248) 851-4111
nwright@zkact.com

DATED: January 6, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJD AL-SHARA,

    Plaintiff,

vs.

BLITZ U.S.A., INC.; LAM 2011
HOLDINGS, LLC, f/k/a BLITZ
HOLDINGS, LLC; KINDERHOOK
CAPITAL FUND II, L.P.; BLITZ
ACQUISITION HOLDINGS, INC.;
BLITZ ACQUISITION, LLC;
BLITZ RE HOLDINGS, LLC;
F3 BRANDS, LLC;
WAL-MART STORES, INC.; and
WAL-MART STORES EAST, L.P.,

    Defendants.

Case No. 2:11-cv-14954

HON. PAUL D. BORMAN

MAGISTRATE PAUL J. KOMIVES

---

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ramona C. Howard (P48996)
McKeen & Associates, P.C.
645 Griswold St., Ste 4200
Detroit, MI 48226
rchoward@mckeenassociates.com

        /S/ Kathy Mitzner
    Kathy Mitzner
    Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
    31700 Middlebelt Road, Suite 150
    Farmington Hills, MI 48334
    kmitzner@zkact.com

31700 Middlebelt Road, Suite 150, Farmington Hills, MI 48334-2374 • 721 N. Capitol, Suite 2, Lansing, MI 48906-5163
Zausmer, Kaufman, August, Caldwell & Tayler, P.C.