IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAJD AL-SHARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-cv-14954 |
| v. ) | |
| ) | Paul D. Borman |
| ) | United States District Judge |
| BLITZ U.S.A., INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Majd Al-Shara.

Date:   January 9, 2012

                                              s/ Diane M. Breneman
                                              Diane M. Breneman
                                              Breneman Dungan, LLC
                                              311 Delaware
                                              Kansas City, MO  64105
                                              Phone (816) 421-0114
                                              Fax (816) 421-0112
                                              db@litigationkc.com
                                              Missouri Bar No. 39988

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Robert C. Maddox
One Rodney Square

920 North King Street
Wilmington, DE 19801

Wal-Mart Stores, Inc.
c/o The Corporation Company
124 West Capitol Ave.
Suite 1900
Little Rock, AR 72201

Wal-Mart Stores East, L.P.
c/o The Corporation Company
124 West Capitol Ave.
Suite 1900
Little Rock, AR 72201

                                            s/ Diane M. Breneman
Diane M. Breneman
Breneman Dungan, LLC
311 Delaware
Kansas City, MO 64105
Phone (816) 421-0114
Fax (816) 421-0112
db@litigationkc.com
Missouri Bar No. 39988