## INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO STAY

**EXHIBIT A** – November 8, 2011 Adversary Proceeding filed by Debtors in Bankruptcy, United States Bankruptcy Court, Delaware, Case No. 11-13603

**EXHIBIT B** – February 3, 2010 Supplier Agreement between Wal-Mart and Blitz, U.S.A. (being filed under seal)

**EXHIBIT C** – November 18, 2011 Verified Statement Filed by Breneman Dungan, LLC Pursuant to Fed. R. Bankr. P. 2019(A), United States Bankruptcy Court, Delaware, Case No. 11-13603

**EXHIBIT D** – November 16, 2011 Transcripts of First-Day Hearings in United States Bankruptcy Court, Delaware, Case No. 11-3603