# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 11-13603 (PJW) |
| BLITZ U.S.A., Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| _____ | : | |

### VERIFIED STATEMENT OF BRENEMAN DUNGAN, LLC
### PURSUANT TO FED. R. BANKR. P. 2019(A)

Breneman Dungan, LLC ("BRENEMAN") makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Verified Statement"), and states as follows:

**A.    Names and Address of Creditors Represented**

| Party in Interest/Creditor | Address |
|---|---|
| Pam Crouch | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| William Melvin | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| Mijad Al-Shara | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax indentification number, include: LAM 2011 Holdings, LLC (8742); Blitz Acquisition Holdings, Inc. 98825); Blitz Acquisition, LLc (8979); Blitz RE Holdings, LLC (9071); Blitz U.S.A., Inc. (8104); and F3 Brands LLC (2604). The location of the Debtors' corporate headquarters and the Debtors' service address is: 404 26th Ave. NW, Miami, OH 74354.

WCSR 7037313v1

| | |
|---|---|
| Michael Montgomery | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| Jean Paul Guillory | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| Robert Jacoby | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| Karen Guenott-Kornegay | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |
| Lori Shickel | c/o Breneman Dungan, LLC<br>311 Delaware<br>Kansas City, MO 64105<br>816-421-0114 Phone |

**B.     Pertinent Facts Regarding Employment of BRENEMAN**

1.     Each of BRENEMAN's clients engaged the firm independently of one another, in order for the firm to represent each such client in the above-referenced cases and any related proceedings.  Each representation is a separate and distinct lawyer-client relationship, with separately maintained work product and attorney-client privileges with respect to each separate client entity.

2.     BRENEMAN has advised each of the parties that it represents the others, and all parties have consented to this arrangement.  The parties have not formed an individual "Committee" as that term is used in Rule 2019.

C.  **Amounts of Claims or Interests Held**

3.  BRENEMAN does not hold any claim or interest in respect of the Debtor's case.

### VERIFICATION

The undersigned hereby verifies the foregoing statement under penalty of perjury.

Dated: November 18, 2011          **BRENEMAN DUNGAN LLP**

          ____/s/ Diane Breneman_____
          Diane Breneman, Esq.
          311 Delaware
          Kansas City, MO 64105
          816-421-0114 Phone
          Diane@litigationkc.com

3

WCSR 7037313v1