UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Majd Al–Shara,

                      Plaintiff(s),

v.                                          Case No. 2:11–cv–14954–PDB–PJK
                                          Hon. Paul D. Borman

Blitz USA, Inc., et al.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

      Motion to Stay – #26

- RESPONSE DUE:  February 17, 2012
- REPLY DUE:  March 9, 2012
- MOTION HEARING:  March 22, 2012 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                By: s/D. Goodine
                                      Case Manager

Dated:  February 1, 2012