# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MAJD AL-SHARA,

      Plaintiff,

                                     Case No. 11-cv-14954
                                     Hon. Paul D. Borman

vs.

WAL-MART STORES, INC.
And WAL-MART STORES EAST, L.P.,

      Defendants.

DIANE M. BRENEMAN (NOT SWORN)
STACY L. DUNGAN (NOT SWORN)
Breneman Dungan, LLC
311 Delaware
Kansas City, MO 64105
(816) 421-0114
db@litigationkc.com
sd@litigationkc.com

NICOLE M. WRIGHT (P63513)
ZAUSMER, KAUFMAN, AUGUST,
CALDWELL & TAYLER, PC
Attorneys for Defendant Walmart Stores, Inc.
and Walmart Stores East, L.P.
31700 Middlebelt Rd., Suite 150
Farmington Hills, MI 48334
(248) 851-4111
nwright@zkact.com

RAMONA C. HOWARD (P48996)
McKeen Associates
645 Griswold St., Suite 4200
Detroit, MI 48226
(313) 961-4400
rchoward@mckeenassociates.com

## PROPOSED ORDER

The Court hereby GRANTS Defendant, Wal-Mart Stores East, L.P.'s Motion to Seal

Exhibit B (Docket No. 27) attached to its Motion to Stay Proceedings (Docket No. 26).

      SO ORDERED

                                    _____
                                      Hon. Paul D. Borman

Dated:  January 31, 2012