UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAJD AL-SHARA,

        Plaintiff,

vs.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, L.P.,

        Defendants.

Case No. 11-cv-14954
Hon. Paul D. Borman

| | |
|---|---|
| DIANE M. BRENEMAN (NOT SWORN) | NICOLE M. WRIGHT (P63513) |
| STACY L. DUNGAN (NOT SWORN) | ZAUSMER, KAUFMAN, AUGUST, |
| Breneman Dungan, LLC | CALDWELL & TAYLER, PC |
| Attorneys for Plaintiff | Attorneys for Defendant Walmart Stores, Inc. |
| 311 Delaware | and Walmart Stores East, L.P. |
| Kansas City, MO 64105 | 31700 Middlebelt Rd., Suite 150 |
| (816) 421-0114 | Farmington Hills, MI 48334 |
| db@litigationkc.com | (248) 851-4111 |
| sd@litigationkc.com | nwright@zkact.com |

RAMONA C. HOWARD (P48996)
Attorneys for Plaintiff
McKeen Associates
645 Griswold St., Suite 4200
Detroit, MI 48226
(313) 961-4400
rchoward@mckeenassociates.com

## ORDER

      WHEREAS, on February 1, 2012, this Court in the above-captioned matter issued a Notice of Hearing (Docket No. 28) on a Motion to Stay filed by Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. ("Wal-Mart"), scheduling the hearing on that Motion for March 22, 2012.

WHEREAS, by informal stipulation, counsel for Plaintiff and counsel for Wal-Mart previously agreed to an extension for Wal-Mart to file its first responsive pleadings to Plaintiff's Amended Complaint (Docket No. 25), up to and including February 15, 2012.

WHEREAS, it is in the interest of judicial economy and avoiding needless and unnecessary waste of resources on the part of both parties to this action and this Court, the date for the filing of Wal-Mart's first responsive pleadings should be extended pending this Court's ruling on Wal-Mart's Motion to Stay.

Pursuant to the foregoing, the Court hereby orders the Wal-Mart Defendants' first responsive pleadings will be due and filed, if necessary, within seven (7) days after the date on which the Court rules on Wal-Mart's Motion to Stay.

SO ORDERED.

_____
Hon. Paul D. Borman

Dated: February 7, 2012