UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAJD AL-SHARA,

    Plaintiff(s),

CIVIL NO. 11-14954

HON. PAUL D. BORMAN

v

WAL-MART STORES, INC., et al.,

    Defendant(s).

_____/

**NOTICE OF SCHEDULING CONFERENCE OR FILING OF RULE 26 PLAN**

You are hereby scheduled to appear on: **April 24, 2012 at 4:30 p.m. (unless a plan is filed)** in the Courtroom of the Honorable Paul D. Borman, 740, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan, for a scheduling conference on the above case.

**THE SCHEDULING CONFERENCE WILL BE AUTOMATICALLY CANCELED, AND COUNSEL SHOULD NOT APPEAR, IF THE JOINT DISCOVERY PLAN IS ELECTRONICALLY FILED PRIOR TO THE SCHEDULED CONFERENCE DATE. A SCHEDULING ORDER WILL AUTOMATICALLY BE ISSUED BY THE COURT UPON RECEIPT OF THE FILED PLAN.**

**PLEASE DO NOT CALL TO CONFIRM THIS PROCEDURE.**

Prior to the date of the scheduling conference, Plaintiff is directed to convene a meeting with all counsel for the purpose of preparing a joint discovery plan in accordance with FED.R.CIV.P. 26(f). The joint discovery plan may be submitted to the Court at the conference or electronically filed as noted below.

If the parties cannot agree, proposed plans are to be brought to the conference, and counsel should be prepared to discuss the following:

    1.    A brief summary of the case and issues;

    2.    Subject matter jurisdiction;

    3.    Relationship, if any, to other cases;

1

4. Amount of time necessary for the discovery process – generally 6 to 9 months from the date of filing are allowed by the Court;

5. Necessity of amendments to pleadings, additional parties, third-party complaints, expert testimony, et cetera;

6. Anticipated motions.

7. Use of Case Evaluation (see L. R. 16.3 re: sanctions) or other methods of alternate dispute resolution.

PLEASE NOTE THE FOLLOWING:

CORPORATE AFFILIATIONS:  Counsel should complete and electronically file, where appropriate, the **Disclosure of Corporate Affiliations** form**.**

CASE EVALUATION: If the parties consent to state Case Evaluation, the **Consent to Case Evaluation** form must be electronically filed.

DISCOVERY:  Counsel should commence the discovery process **immediately** and not wait for receipt of the Scheduling Order.  Parties are bound by Fed.R.Civ.P. 30(d)(2) concerning **depositions** and Fed.R.Civ.P. 33(a) **limiting the number of interrogatories.**

**PRETRIAL PRACTICES:**

Required **pretrial practices** are available on Judge Borman's website at:
> http://www.mied.uscourts.gov/Judges/guidelines/index.cfm?judgeI

CERTIFICATE OF SERVICE

Copies of this Notice were served on the attorneys of record by electronic means or U.S. Mail on April 3, 2012.

s/Denise Goodine
Case Manager