UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MAJD AL-SHARA,

        Plaintiff(s),

v.

WAL-MART STORES, INC.; and
WAL-MART STORES EAST, L.P.

        Defendant(s).
_____/

Case No. 2:11-cv-14954

Judge Paul D. Borman

Magistrate Judge Paul J. Komives

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Wal-Mart Stores, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [ ]    No [✓]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Not Applicable.
   Relationship with Named Party: Not Applicable.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [✓]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Not Applicable.
   Nature of Financial Interest: Not Applicable.

Date: May 8, 2012

/s/ Nicole M. Wright

P63513
Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, MI 48334
(248) 851-4111
nwright@zkact.com