UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAJD AL-SHARA,

Plaintiff,

v.

Case No. 11-cv-14954
Honorable Paul D. Borman

WAL-MART STORES, INC. and
WAL-MART STORES EAST, L.P.,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

On July 17, 2014, the parties filed a joint stipulation for dismissal with prejudice and without costs to either party.

Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice and without costs to either party.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 17, 2014.

s/Deborah Tofil
Case Manager